**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1203

ROBERT LAUTER,

Plaintiff - Appellant,

v.

THE U.S. FOOD AND DRUG ADMINISTRATION; THE COMMONWEALTH
OF VIRGINIA; GLAXOSMITHKLINE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk. Arenda L. Wright Allen, District Judge. (2:19-cv-00157-AWA-RJK)

Submitted: August 21, 2020                          Decided: September 18, 2020

Before GREGORY, Chief Judge, RICHARDSON, Circuit Judge, and TRAXLER, Senior
Circuit Judge.

Affirmed as modified by unpublished per curiam opinion.

Robert Lauter, Appellant Pro Se.   Richard J. Cromwell, MCGUIREWOODS, LLP,
Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lauter appeals the district court's order dismissing his civil complaint with prejudice under 28 U.S.C. § 1915(e)(2)(B). Federal courts are obligated to evaluate their own subject-matter jurisdiction whether raised by the parties or not. Jurisdiction was unavailable under 28 U.S.C. § 1332 because Lauter named as a defendant the Commonwealth of Virginia, whose presence in the action "destroy[ed] complete diversity." *Mississippi ex rel. Hood v. AU Optronics Corp.*, 571 U.S. 161, 174 (2014). While on the face of Lauter's Amended Complaint, Lauter raises a claim "arising under the Constitution, laws, or treaties of the United States," 28 U.S.C. § 1331, because said claim "is wholly insubstantial and frivolous," we find his federal claim inadequate to confer jurisdiction. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998) (quoting *Bell v. Hood*, 327 U.S. 678, 683–84 (1946)). Accordingly, although we agree that dismissal was appropriate, we modify the district court's judgment to reflect a dismissal without prejudice for lack of subject matter jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*